The court incorporates by reference in this paragraph and adopts as the findings
and orders of this court the document set forth below.



**/S/ RUSS KENDIG**

Russ Kendig
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-64682 |
| | ) | |
| DAVIS, AMY | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| | ) | JUDGE RUSS KENDIG |
| DEBTOR | ) | |
| | ) | **ORDER RE: TURNOVER** |

This matter comes before the Court upon the Motion of the Chapter 7 Trustee, Anne Piero Silagy, for an order directing the Debtor, Amy Davis to turnover any proceeds received from her 2009 tax refunds and for certain records.

Upon consideration of the Motion, the Court finds that notice was served in accordance with the Federal Rules of Bankruptcy Procedure and no response or objection was filed by the Debtor.

ORDERED, ADJUDGED AND DECREED that Chapter 7 Debtor, Amy Davis, is hereby directed to turnover to the Chapter 7 Trustee copies of her 2009 federal and state income tax returns immediately upon filing as well as copies of her bank statements reflecting the balance in the account as of her bankruptcy filing as well as her most recent paystub prior to the bankruptcy filing. Should the Debtor receive the tax refunds, the Debtor shall turnover any non-exempt portion immediately to the Trustee.

IT IS SO ORDERED

###

Submitted by
/s/Anne Piero Silagy, Esq.
Anne Piero Silagy, Esq.
Chapter 7 Trustee
220 Market Ave South, Suite 900
Canton, Ohio 44702

## SERVICE LIST

Amy K Davis
41 Elm Street
Rittman, OH 44270

- Warner Mendenhall    warnermendenhall@hotmail.com, bcyecfnotify@rushpost.com
- Anne Piero Silagy    asilagycourt@neo.rr.com, asilagy@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

# CERTIFICATE OF NOTICE

```
District/off: 0647-6          User: mmccr              Page 1 of 1              Date Rcvd: Mar 31, 2010
Case: 09-64682                Form ID: pdf973         Total Noticed: 2

The following entities were noticed by first class mail on Apr 02, 2010.
db          +Amy K Davis,   41 Elm Street,   Rittman, OH 44270-1015
ust         +Cynthia J. Thayer,   US Department of Justice,   201 Superior Avenue,   Suite 441,
              Cleveland, OH 44114-1234
The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 02, 2010**                    Signature:    *Joseph Speetjens*